IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        CASE NO. 4:17-CR-00310-BSM

ROBERT NATHAN HENSLEY
Reg. No. 31650-009                                                          DEFENDANT

## ORDER

Robert Hensley's motion for compassionate release [Doc. No. 139] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

Hensley was sentenced to 420 months' imprisonment after a jury found him guilty of (1) attempted enticement of a minor to engage in illegal sexual conduct; (2) attempted production of child pornography; and (3) possession of child pornography, after having been previously convicted of child sex crimes. Doc. No. 103. Hensley now seeks compassionate release due to his medical conditions, which include chronic kidney disease; rheumatoid arthritis; and stage one right renal cell carcinoma. Doc. Nos. 139, 141. The motion is denied because Hensley's conditions are not extraordinary or compelling reasons justifying release. This is true because Hensley fails to show his conditions substantially diminish his ability to care for himself, that he is not receiving the medical care he requires, or that his condition is terminal. Even if there were extraordinary circumstances, release is not appropriate because the nature of Hensley's charges and criminal history indicate he is a danger to the community. *See* PSR ¶¶ 4–9.

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction. *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

2